W. G. HOERR v. PETER THOMPSON.[1]
Nos. 13,665—(23).
SAME v. P. O. SWEDBERG.[1]
Nos. 13,666—(24).
SAME v. C. NELSON and Others.[1]
Nos. 13,667—(25).
SAME v. QUREN LOEHR.[1]
Nos. 13,668—(26).
JOHN B. MEAGHER and Others v. TENA WATKINS.[1]
Nos. 13,669—(27).
SAME v. FRANK WATKINS.[1]
Nos. 13,670—(28).
JAMES McGOLRICK v. WILLIAM MAXWELL.[1]
Nos. 13,671—(185).
JOHN B. MEAGHER and Others v. AUGUST RIXE.[1]
Nos. 13,674—(29).
GUSTUS AUGUST ZELL v. R. S. TYLER and Another.[1]
Nos. 13,675—(31).
JOHN B. MEAGHER and Others v. HENRY GANGELHOFF.[1]
Nos. 13,676—(30).

October 9, 1903.

In each of the above entitled cases judgment was entered in favor of plaintiff, pursuant to the order of Webber, J.,—in the first seven cases in the district court for Big Stone county, in the remaining cases in the district court for Traverse County. In each of the ten cases defendant appealed. Affirmed.

*F. W. Murphy, Thomas Kneeland,* and *Stockslager & Heard,* for appellants.

*E. T. Young* and *Stevens, O'Brien, Cole & Albrecht,* for respondents.

PER CURIAM.

In each of the foregoing cases there was an appeal from a judgment of the district court—either of the county of Big Stone or that of Traverse county—and each case was submitted to this court upon the record herein and the briefs in the case of O'Connor v. Gertgens,

[1] Reported in 96 N. W. 1131, 1132, 1133.

85 Minn. 481, 89 N. W. 866. The questions presented for our decision in these cases are substantially the same as those decided in the case cited. We therefore hold, following that case, that the judgment in each of these cases must be affirmed. Let final judgment herein be so entered, but without statutory costs.

Judgments affirmed.